

True Musick LLC
c/o Trey Rick Law PLLC
4 NE 10th St., Ste. 170
Oklahoma City, OK 73104

**Dated as of October 19, 2013**

Jonathan Garrett
12324 S. Land Ave.
Oklahoma City, OK 73170

Re: <u>Amendment to Talent Invoice for Master Recordings featuring S___ B___ (a.k.a. ___</u>

Dear Jonathan:

The following, when signed by you and us shall constitute the amendment (the "Amendment") to the Talent Invoice (the "Agreement"), effective October 3, 2013, between True Musick LLC and Jonathan Garrett (the "Parties").

The Agreement is amended as of the above date as follows:

### Amend the first paragraph on page one (1) which shall hereafter read as follows

When executed by True Musick LLC (the "Employer") and you (the "Payee"), this letter shall set forth a binding agreement (the "Agreement") with respect to Payee's services, including but not limited to rendering producing, co-producing, mixing, remixing, and recording artist services, to Employer in connection with the master recording(s) of performances featuring S___ B___ (the "Artist") of the composition(s) listed on Exhibit "A" hereto (the "Master Recordings"). Payee's services shall also include the production of sound recordings featuring Payee's commentary on every composition listed on Exhibit "A" hereto.

### Amend Exhibit "A" which shall hereafter read as follows

**REDACTED**

<u>Jonathan Garrett Master Recordings</u>
1. Sweet Dreams (J. Garrett, S. B___)
2. Hey Nikki (J. Garrett, S. B___, K. B___, V. C___)

**EXHIBIT G**



3. Your Girl (J. Garrett, S. B███)
4. Dirty Bastard (J. Garrett, S. B███, K. B███)
5. SOFL (J. Garrett, S. B███)
6. Nothing (J. Garrett, S. B███)
7. All That Love (J. Garrett, S. B███)
8. Donnie (J. Garrett, S. B███)
9. Gone Under (J. Garrett, S. B███)
END OF EXHIBIT A

True Musick LLC confirms that all other terms remain as originally accepted by both parties.

**THE UNDERSIGNED HAVE READ, UNDERSTOOD, AND AGREED TO THE FOREGOING.**

Very truly yours,

TRUE MUSICK LLC

Rohan Thomas
Owner, True Musick LLC

CONFIRMED AND AGREED TO:

JONATHAN GARRETT

Jonathan Xavier garrett
An Authorized Signatory

Signature: *Jonathan Xavier Garrett*
Jonathan Xavier Garrett (Oct 28, 2013)
Email: jonathanxgarrett@yahoo.com

Signature: *Thomas*
Rohan Thomas (Oct 28, 2013)
Email: truemusick@gmail.com



# [Amendment 1] Talent Invoice - True Musick

EchoSign Document History                October 28, 2013

| | |
|---|---|
| Created: | October 28, 2013 |
| By: | Trey Rick, Esq. (trey@treyricklaw.com) |
| Status: | SIGNED |
| Transaction ID: | X2YTEZY3L2G3SXT |

## "[Amendment 1] Talent Invoice - True Musick" History

- Document created by Trey Rick, Esq. (trey@treyricklaw.com)
  October 28, 2013 - 3:09 AM CDT - IP address:

- Document emailed to Jonathan Xavier Garrett (jonathanxgarrett@yahoo.com) for signature
  October 28, 2013 - 3:10 AM CDT

- Document viewed by Jonathan Xavier Garrett (jonathanxgarrett@yahoo.com)
  October 28, 2013 - 9:07 AM CDT - IP address:

- Document esigned by Jonathan Xavier Garrett (jonathanxgarrett@yahoo.com)
  Signature Date: October 28, 2013 - 9:16 AM CDT - Time Source: server - IP address:

- Document emailed to Rohan Thomas (truemusick@gmail.com) for signature
  October 28, 2013 - 9:16 AM CDT

- Document viewed by Rohan Thomas (truemusick@gmail.com)
  October 28, 2013 - 9:17 AM CDT - IP address:

- Document esigned by Rohan Thomas (truemusick@gmail.com)
  Signature Date: October 28, 2013 - 9:19 AM CDT - Time Source: server - IP address:

- Signed document emailed to Jonathan Xavier Garrett (jonathanxgarrett@yahoo.com), Rohan Thomas (truemusick@gmail.com) and Trey Rick, Esq. (trey@treyricklaw.com)
  October 28, 2013 - 9:19 AM CDT

Adobe EchoSign