# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. TRUE MUSICK LLC, an Oklahoma limited liability company, and <br> 2. ROHAN THOMAS, individually <br><br> Plaintiffs <br><br> v. <br><br> 1. S.B.; <br> 2. LAURA LARUE; and <br> 3. NATHAN BROWN, <br><br> Defendants | Case No. CIV-2013-1227-W |

## JOINT MOTION FOR ADMINISTRATIVE CLOSURE

Plaintiffs, True Musick LLC and Rohan Thomas ("Plaintiffs"), and Defendants, S.B., Laura LaRue, and Nathan Brown ("Defendants"), jointly request that this Court direct the Clerk to administratively close this action because the parties have settled the litigation. In further support, all parties state as follows:

1.　On February 4, 2014, the parties reached an agreement to settle and resolve this action in all aspects. The parties need additional time to prepare formal settlement documents. Once the settlement documents are executed, the parties will submit to the Court a Joint Stipulation for Dismissal With Prejudice.

3.　The parties are seeking administrative closure for 30 days to allow them time to formalize the settlement without further cost or expense or use of judicial resources.

WHEREFORE, Plaintiffs, True Musick LLC and Rohan Thomas, and Defendants, S.B., Laura LaRue, and Nathan Brown, respectfully request that the Court enter an order directing the Clerk to administratively close this action, subject to reopening upon application by any party hereto.

Dated: February 26, 2014.

                                  Respectfully submitted,

                                  *s/ Claibourne "Trey" Rick III*
Claibourne "Trey" Rick III, OBA #31420
Trey Rick Law PLLC
4 NE 10th St., Ste. 170
Oklahoma City, OK 73104
405/633-2261 (Telephone)
405/260-9710 (Facsimile)
trey@treyricklaw.com

Attorney for Plaintiffs


                                  *s/ Jeffrey A. Curran*
(*Signed by Plaintiffs' Attorney with permission of Defendants' Attorney*)
Jeffrey A. Curran, OBA #12255
Elizabeth Cooper, OBA No. 31026
GABLEGOTWALS
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK 73102-7101
(405) 235-5500 (telephone)
(405) 235-2875 (fax)
jcurran@gablelaw.com
ecooper@gablelaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of February, 2014, I electronically transmitted the attached document to the Clerk of the United States District Court for the Western District of Oklahoma using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

    Jeffrey A. Curran, OBA #12255
    Elizabeth Cooper, OBA No. 31026
    GABLEGOTWALS
    One Leadership Square, Suite 1500
    211 North Robinson
    Oklahoma City, OK 73102-7101
    (405) 235-5500 (telephone)
    (405) 235-2875 (fax)
    jcurran@gablelaw.com
    ecooper@gablelaw.com

    Attorneys for Defendants


        *s/ Claibourne "Trey" Rick III*
        Claibourne "Trey" Rick III